TODD BLANCHE
Acting Deputy Attorney General of the United States
SIGAL CHATTACH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
JAMES R. SWEETIN
Assistant United States Attorney
Nevada Bar No. 5144
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone (702) 388-6336
James.Sweetin@usdoj.gov

*Attorneys for Federal Respondents*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Hector Arturo Valerio Nino,<br><br>Petitioner,<br><br>v.<br><br>DHS, *et al.*,<br><br>Respondents. | Case No. 2:26-cv-01043-JAD-MDC<br><br>**Stipulation for Extension of time to Respond to Petition for Writ of Habeas Corpus**<br><br>**(First Request)**<br><br>[ECF No. 6] |

Petitioner Hector Arturo Valerio Nino, through undersigned counsel, and the United States of America, on behalf of Federal Respondents, through undersigned counsel, hereby stipulate to an extension of time to respond to Petitioner Hector Arturo Valerio Nino's ("Petitioner") Petition for Writ of Habeas Corpus ("Petition") (ECF No. 1). Federal Respondents' response to Petition for Writ of Habeas Corpus is currently due on April 27, 2026. For the reasons discussed below, Federal Respondents request that this time be extended up to and including April 30, 2026.

Under Federal Rule of Civil Procedure 6(b), a court may, "for good cause," extend a deadline if a request is made "before the original time or its extension requires." Fed. R. Civ. P. 6(b)(1)(A); *see also* Local Rule IA 6-1(a). The Ninth Circuit has equated good cause with the exercise of due diligence. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604,

1

609 (9th Cir. 1992). Additionally, Fed. R. Civ. P. 6(b)(1) should "be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits," and "requests for extensions of time made before the applicable deadline has passed should normally be granted in the absence of bad faith or prejudice to the adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010) (internal citations omitted).

Federal Respondents have good cause to request this extension of time. Federal Respondents' counsel needs additional time to obtain all responsive information regarding the Petition from its clients to meaningfully respond to the Petition.

In view of the circumstances explained above, the United States has good cause to request a 3-day extension to file a response to Petitioner's Petition.

This is the first request to extend the Respondents' responsive pleading deadline. This request is made in good faith and not for the purpose of undue delay.

Respectfully submitted this 24th day of April 2026.

| | |
|---|---|
| REZA ATHARI, MILLS, & FINK, PLLC | TODD BLANCHE<br>Acting Attorney General of the United States<br>SIGAL CHATTAH<br>First Assistant United States Attorney |
| */s/ Gary Fink*<br>GARY FINK, ESQ.<br>Nevada Bar No. 8064<br>3365 Pepper Lane, Suite 102<br>Las Vegas, Nevada 89120 | */s/ James R. Sweetin*<br>JAMES R. SWEETIN<br>Assistant United States Attorney<br>501 South Las Vegas Blvd., Suite #1100<br>Las Vegas, Nevada 89101 |
| *Attorney for Petitioner* | *Attorneys for the Federal Respondents* |

## ORDER

Based on the parties' stipulation and with good cause appearing, the stipulation to extend time **[ECF No] 6] is GRANTED.** The responses to the habeas petition is now due on April 30, 2026.

_____
UNITED STATES DISTRICT JUDGE

DATED: __April 24 ,2026__

2