**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Hector Arturo Valerio Nino,

Petitioner

v.

Jason Knight, et al.,

Respondents

Case No. 2:26-cv-01043-JAD-MDC

**Order Dismissing Case as Moot**

Petitioner Hector Arturo Valerio Nino seeks habeas relief from his immigration detention. On September 24, 2026, the court issued an order to show cause why this case shouldn't be dismissed because the petitioner was recently granted habeas relief in the form of release in Case No. 2:26-cv-02436-APG-DJA.[1] On October 1, 2026, petitioner filed a response indicating that he does not oppose dismissing the petition and confirming that he was released from immigration custody on September 21, 2026.[2]

IT IS THEREFORE ORDERED that **this case is DISMISSED** as moot. **The Clerk of Court is directed to CLOSE THIS CASE.**

U.S. District Judge Jennifer A. Dorsey
October 2, 2026

[1] ECF No. 15.

[2] ECF No. 16.